**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 281 MAL 2021

    Respondent

               : Petition for Allowance of Appeal
               : from the Order of the Superior Court

      v.

MARISSA HUNSBERGER,

    Petitioner

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  The Application for Leave to File *Amicus* Brief is also **DENIED**.